IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAURICE C. LAND,                :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civil Action No. 04-338-JJF
                                :
VINCENT BIANCA, KENT RAYMOND,   :
MS. GARRISON, LT. SMITH,        :
THOMAS CARROLL, AND STATE OF    :
DELAWARE DEPT. OF PROBATION     :
AND PAROLE,                     :
                                :
        Defendants.             :

**ORDER**

At Wilmington, this 5 day of October 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915 (e)(2)(B) and 1915 (b)(1).

                                    _____
                                    UNITED STATES DISTRICT JUDGE